UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22543-CIV-HUCK/GARBER

LARRY DONALD SUMMERSET,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from United States District Judge Paul C. Huck. Pursuant to such reference, the Court has received plaintiff Larry Donald Summerset's Motion for Attorney's Fees (DE 28). The defendant Commissioner of Social Security filed a response (DE 29) indicating no objection to Summerset's request for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,989.67. Upon a review of Summerset's Motion, the requested fees are reasonable and permitted pursuant to 28 U.S.C. § 2412.

In accordance with Astrue v. Ratliff, 130 S. Ct. 2521 (2010), the EAJA fee is payable to the plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debts that he may owe to the United States. The plaintiff, however, has assigned his rights to any EAJA fee award to his attorney. The Court notes the understanding between the parties that, if the Commissioner determines there is no debt owed by Summerset to the United States, the Commissioner shall make the check for attorney's fees payable to Summerset's counsel, based on the assignment.

Accordingly, the Court hereby

ORDERS that Summerset's Petition for Attorney's Fees (DE 28) be GRANTED in the amount of $3,989.67.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of May, 2011.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE